SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>   vs.<br><br>Shandiz Corporation, et al<br><br>        Defendants | Case No. **2:11-cv-00158-LKK-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JUNE 6, 2011 FOR DEFENDANTS CALIFORNIA CHECK CASHING STORES, LLC INDIVIDUALLY AND D/B/A CALIFORNIA CHECK CASHING; JERE-915, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, California Check Cashing Individually and d/b/a California Check Cashing; Jere-915, LLC, by and through their respective attorneys of record, Scott N. Johnson; Steven H. Bovarnick, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants California Check Cashing Individually and d/b/a California Check Cashing; Jere-915, LLC until May 20, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants California Check Cashing Individually and d/b/a California Check Cashing; Jere-915, LLC are granted an extension until June 6, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants California Check Cashing Individually and d/b/a California Check Cashing; Jere-915, LLC response will be due no later than June 6, 2011.

IT IS SO STIPULATED effective as of May 23, 2011

Dated:  May 23, 2011                   /s/Steven H. Bovarnick__
                                       Steven H. Bovarnick,
                                       Attorney for Defendants
                                       California Check Cashing
                                       Individually and d/b/a

California Check Cashing; Jere-915, LLC

Dated:  May 23, 2011                    /s/Scott N. Johnson

Scott N. Johnson,

Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants California Check Cashing Individually and d/b/a California Check Cashing; Jere-915, LLC shall have until June 6, 2011 to respond to complaint.

Dated: May 26, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3