UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

    v.

SHANDIZ CORPORATION, et al.,

          Defendant.
_____/

NO. CIV. S-11-0158 LKK/KJN

O R D E R

    A status conference in the above-referenced matter is currently scheduled for June 6, 2011. No defendant has yet answered or filed a status report, and by stipulation approved by the court, the answers of defendants California Check Cashing and Jere-915 are due on or before June 6, 2011.

    Accordingly, the court ORDERS as follows:

    [1] The status conference is CONTINUED to June 27, 2011 at 3:30 p.m. Plaintiff shall serve this order on each defendant.

    [2] The parties SHALL submit status reports, or an updated status report where applicable, no later than 14 days before

1

1  the status conference.

2  IT IS SO ORDERED.

3  DATED: May 31, 2011.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```