UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. Civ.S-11-0158 LKK/KJN

    Plaintiff,

  v.                             **ORDER RE DISPOSAL DOCUMENTS AFTER**

SHANDIZ CORPORATION, et al    **NOTIFICATION OF SETTLEMENT**

    Defendant .
_____/

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

////

1

1  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2       IT IS SO ORDERED.

3       DATED: June 29, 2011.

4                                   /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
5                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26